# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY L'HEUREUX,<br><br>    Plaintiff(s),<br><br>v.<br><br>BJ'S RESTAURANTS OPERATIONS COMPANY,<br><br>    Defendant(s). | Case No. 2:24-cv-00051-ART-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is a stipulation to extend case management deadlines by 60 days. Docket No. 17.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The stipulation indicates that the parties require additional time to review voluminous medical documentation regarding a prior medical condition suffered by Plaintiff before the incident at issue in this case. Docket No. 18 at 3-4.

For good cause shown, the stipulation is **GRANTED**. Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  July 22, 2024
- Rebuttal experts:  August 23, 2024
- Discovery cutoff:  September 20, 2024
- Dispositive motions:  October 21, 2024

- Joint proposed pretrial order: November 29, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge