Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant
*BJ's Restaurant Operations Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRACY L'HEUREUX,<br><br>Plaintiff,<br><br>vs.<br><br>BJ'S RESTAURANTS OPERATIONS COMPANY d/b/a BJ'S RESTAURANT & BREWHOUSE; DOES I through X; DOE EMPLOYEES I through X; and ROE ENTITIES I through X, inclusive.<br><br>Defendants. | 2:24-cv-00051-ART-NJK<br><br>ORDER RE<br>EXTENSION TO FILE DISMISSAL |

Pursuant to the MINUTES OF PROCEEDINGS - Settlement Conference held on 6/4/2025, Plaintiff TRACY L'HEUREUX, by and through her counsel of record Jacob S. Smith, Esq. and Stephen J. Mendenhall, Esq. of HENNESS & HAIGHT, and Defendant BJ'S RESTAURANT OPERATIONS COMPANY by and through its counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN, hereby stipulate hereby stipulate and agree to an extension of thirty (30) days to submit the Stipulation and Order for Dismissal With Prejudice.

1

The basis for the extension is to allow the parties to exchange the settlement check for the executed Release and Dismissal.

DATED this 9th day of July 2025

**HENNESS & HAIGHT**
 /s/ Stephen Mendenhall
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
STEPHEN J. MENDENHALL, ESQ.
Nevada Bar No. 15286
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff*

DATED this 9th day of July 2025

**BACKUS | BURDEN**
 /s/ Jacquelyn Franco
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

Accordingly, the stipulation of dismissal and proposed order must be filed by August 8, 2025.

IT IS SO ORDERED.
Dated: July 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2