# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY L'HEUREUX,<br><br>           Plaintiff,<br><br>vs.<br><br>BJ'S RESTAURANTS OPERATIONS COMPANY d/b/a BJ'S RESTAURANT & BREWHOUSE; DOES I through X; DOE EMPLOYEES I through X; and ROE ENTITIES I through X, inclusive.<br><br>           Defendants. | 2:24-cv-00051-ART-NJK<br><br>ORDER GRANTING<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE |

Plaintiff TRACY L'HEUREUX, by and through her counsel of record Jacob S. Smith, Esq. Stephen J. Mendenhall, Esq., Alyssa N. Piraino, Esq. of HENNESS & HAIGHT, and Defendant BJ'S RESTAURANT OPERATIONS COMPANY by and through its counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation with prejudice.

This dismissal does completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

2:24-cv-00051-ART-NJK

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: July 16, 2025

**HENNESS & HAIGHT**
 /s/   Stephen J. Mendenhall
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
Stephen Mendenhall
Nevada Bar No. 14601
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff*

DATED: July 15, 2025

**BACKUS | BURDEN**
 /s/  Jacquelyn Franco
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

## ORDER

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED WITH PREJUDICE. This stipulated dismissal DOES resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

_____
Anne R. Traum
United States District Judge

DATED: July 18, 2025

2